THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA R. STINES, | : |
| **Plaintiff** | : |
| vs. | : 3:13-CV-02172 |
| | : (Judge MARIANI) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : |
| **Defendant** | : |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY** **ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Angela R. Stines as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Angela R. Stines disability insurance benefits is affirmed.

3. The Clerk of Court shall close this case.

Robert D. Mariani
United States District Judge

Date: August    , 2014

FILED
SCRANTON

AUG 2 8 2014

PER _____
DEPUTY CLERK